

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 15, 1957

Hon. E. C. Grindstaff
District Attorney
119th Judicial District
County Courthouse
San Angelo, Texas

Dear Mr. Grindstaff:

Opinion No. WW-70A

Re: Fee to be charged in
connection with the
issuance and recorda-
tion of a marriage
license

In Opinion No. WW-70 you were advised that under the provisions of Article 3930, V.C.S., as amended by S.B. 237, Acts 55th Leg., 1957, ch. 228, p. 477, the total fee to be charged for the issuance and recordation of a marriage license was $3.25. We were in error in so advising you. For the filing of each certificate required by Article 4604d, V.C.S., the clerk should charge 25¢. For issuing and recording a marriage license the clerk should charge $3.00. For certifying to the fact that the certificates or court order required by Article 4604d have been filed the clerk should charge $1.00. Opinion No. WW-70 is modified accordingly.

Yours very truly

WILL WILSON
Attorney General

By _____
Assistant

MMP/fb

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman

REVIEWED FOR THE ATTORNEY GENERAL

By: Geo. P. Blackburn